# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DRUSKINIS,

      Plaintiff,

v

STOPANTISEMITISM.ORG and
LIORA REZNICHENKO,

      Defendants.

Case No.
Hon.

---

Brian D. Wassom (P60381)
Charles C. Kadado (P86279)
WARNER NORCROSS + JUDD LLP
12900 Hall Road, Suite 200
Sterling Heights, Michigan 48313
(586) 303-4100
bwassom@wnj.com
ckadado@wnj.com
*Attorneys for Plaintiff*

---

## INDEX OF EXHIBITS TO PLAINTIFF'S COMPLAINT

| **Exhibit No.** | **Description** |
|---|---|
| 1 | X.com Post by SAO Dated September 30, 2023 |
| 2 | Article by SAO Dated October 2, 2023 |
| 3 | "Antisemitic Incident Map" by SAO Dated October 2, 2023 |

| | |
|---|---|
| 4 | Statement by Jewish Resource Center Dated October 3, 2023 |
| 5 | Retraction Demand Letter to SAO and Reznichenko Dated October 3, 2023 |