# **EXHIBIT 1**



StopAntisemitism
@StopAntisemites

University of Michigan hockey has given Johnny Druskinis the boot after he was caught on camera spray painting swastikas onto the Jewish Resource Center during welcome week.

Thank you @umichhockey for creating actual consequences for antisemitism activity on your campus. #twitterhockey

10:24 AM · Sep 30, 2023 · 3M Views

746 Reposts   461 Quotes   4,914 Likes   158 Bookmarks