DocuSign Envelope ID: EF8A4944-8D93-469B-81A0-8F23618840E8

# **EXHIBIT 2**



October 2, 2023

## University of Michigan Athlete Suspended for Antisemitic Graffiti at Jewish Resource Center

A University of Michigan athlete has been suspended indefinitely from the school's men's hockey team for graffiting antisemitic and homophobic messages on the sidewalk in front of the campus' Jewish Resource Center, according to a watchdog group that tracks antisemitic incidents across the world.



StopAntisemitism told The Algemeiner on Monday that sophomore and now-former Wolverines defenseman Johnny Druskinis was caught in the act of graffiting the hateful messages in broad daylight by a surveillance camera on the property. The group added that Druskinis was accompanied by a female companion, freshman lacrosse player Megan Minturn, noting that she has so far only been suspended and not removed from her team.

"Removal from the hockey team is not enough," said StopAntisemitism CEO Liora Rez. "Antisemitism is prevalent on college campuses across the US, and the University of Michigan has a responsibility to either suspend or even expel this student if they are truly serious about fighting bigotry."

News of the incident first broke in August, with the university denouncing an act of vandalism that occurred at the school's Jewish Resource Center. The Ann Arbor Police Department (AAPD) then shared surveillance footage of it last month, calling on the community's help in identifying the people caught on film. At the time of the footage's release, AAPD Interim Police Chief Aimee Metzer expressed certainty about the general age of the suspects, saying, "They're young adults, definitely."

On Friday, The Michigan Daily, the University of Michigan's campus newspaper, reported that Druskinis was removed from the school's hockey team.

"Johnny Druskinis is no longer on the Michigan Hockey roster, following a violation of team rules," a Michigan hockey spokesperson told the school paper, without elaborating on what rules he broke.

The incident is the second reported act of antisemitism at the University of Michigan in the last few months. In another incident that happened over the summer, the house of Greek fraternity Sigma Alpha Mu was graffitied with a swastika and homophobic slur

on two windows and the front door.

Other acts of hate have occurred at the University of Michigan in recent years.

Last fall, during the Jewish High Holidays, antisemitic flyers attributed to the Goyim Defense League, an extremist fringe group, were spread around campus. Around the same time, Students for Allied Freedom and Equality (SAFE), an anti-Zionist group, erected an "apartheid wall" on campus and led an anti-Israel protest in front of it.

Additionally, in January, SAFE protesters at the University of Michigan accused US Vice President Kamala Harris of "genocide" for supporting Israel, chanting, "Kamala, Kamala, you can't hide, you're committing genocide."

StopAntisemitism has previously noted that the University of Michigan scored a C in its Sept. 2022 campus climate report, which examined the best and worst universities for Jewish students.

According to the Anti-Defamation League, 219 antisemitic incidents occurred on US college campuses last year, a 41 percent increase from 2021. The total included 127 incidents of harassment, 90 of vandalism, and two of assault. Meanwhile, 19 percent of incidents referenced Israel and Zionism, 25 total incidents targeted Hillel centers, and about one third involved swastika imagery.

The University of Michigan did not respond to a request for comment for this story.

Source:https://www.algemeiner.com/2023/10/02/university-michigan-...

0 Likes      Share

Newer Post
Central Pennsylvania Targeted with Antisemitic Goyim Defense League Flyers (GDL)

Older Post
South Florida Police Detain Individual Making Threats at Local Synagogue

## SUBSCRIBE TO RECEIVE UPDATES FROM STOPANTISEMITISM

Sign up to stay up to date on issues related to antisemitism in America.

[First Name] [Last Name] [Email Address] [SIGN UP]

Stopantisemitism.org ©2019