# **EXHIBIT 3**













DocuSign Envelope ID: EF8A4944-8D93-469B-81A0-6F33618840F8

## ANTISEMITIC INCIDENT MAP





### ABOUT STOPANTISEMITISM

Learn more about our mission, movement, and impact.

**LEARN MORE**

### REPORT AN INCIDENT

Let us know if you have witnessed antisemitism. Report hate and bigotry now.

**REPORT AN INCIDENT**





**SUPPORT OUR CAUSE**

## SUBSCRIBE TO RECEIVE UPDATES FROM STOPANTISEMITISM

Sign up to stay up to date on issues related to antisemitism in America.

Captured by FireShot Pro: 04 October 2023, 13:52:07
https://getfireshot.com

DocuSign Envelope ID: EF8A4944-8D93-469B-81A0-8F33618840F8

Page 3
StopAntisemitism
https://www.stopantisemitism.org/

First Name | Last Name | Email Address | SIGN UP

Stopantisemitism.org ©2019

Page 3
StopAntisemitism
https://www.stopantisemitism.org/

First Name | Last Name | Email Address | SIGN UP





- Chiefs TE Travis Kelce has one complaint about league's Taylor Swift coverage
- Report addresses whether Urban Meyer has interest in Michigan State
- The '300-yard passing games as a rookie' quiz

Promoted Content — mgid


Foot Neuropathy Doctors Rave About This Incredible Gadget
Nooro


Cote De Pablo, 43, Leaves Nothing To Imagination
Poshland


Doctors Are Stunned! This Method Kills Fungus In Three Days
Kera Essentials


Husband Noticed Strange Detail In Picture (Mature Audience Only)
Tips And Tricks


Peter Doocy Steps Out With His Partner And Fans Are Saddened
BTrending


A Teaspoon On An Empty Stomach Burns 12 Lbs Of Fat A Week Safely!
Keto

Get the latest news and rumors, customized to your favorite sports and teams. Emailed daily. Always free!

Enter your email  [SUBSCRIBE]

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## TODAY'S BEST


College Hockey
Michigan hockey player kicked off team after alleged antisemitic...


MLB
Padres announce major Manny Machado news


NFL
Dolphins get brutal news for Tua Tagovailoa, offense in Week 5


Regrow
Doctor: Your Hair Will Grow Like Crazy (Try This Tonight!)




NFL
Eagles get more talented with addition of former Super Bowl winner

Already rostering two 30-something cornerbacks, the Eagles spent Tuesday looking into another one. They brought in Bradley Roby for an audition, per Field Yates of ESPN.com. It looks to have gone well, with The Score's Jordan Schultz reporting Roby is signing with the team. It is unclear just yet if this is an active-roster or practice squad agreement. The Saints released Roby on roster cutdown day


NHL
Gretzky Predicted Startling Truth About Matthews and Nylander


20 underrated 1970s bands


NFL Quiz
The 'Most sacks in a season by team' quiz



Nooro

Foot Neuropathy Doctors Rave About This Incredible Gadget



NHL

Rangers make intriguing goaltending move ahead of season



NFL

Could Ben Roethlisberger take over as Steelers next OC?



NFL

Chiefs TE Travis Kelce has one complaint about league's Taylor Swift...

NFL

Chiefs' Travis Kelce addresses chat with Jets' Aaron Rodgers before...



20 albums that only get better with age



NFL

Patriots sign veteran DT to practice squad



NFL

Cowboys' Jerry Jones shares bold take about 49ers, Eagles

NBA Quiz

The '2022-23 NBA leading scorers' quiz

What do you do when you're an NBA star and your team misses out on acquiring a franchise point guard? You go full emo, of course. The Miami Heat may have missed out on acquiring Damian Lillard (and Jrue Holiday, for that matter), but all folks could talk about after NBA media day was Jimmy Butler's new hairstyle. Last season, Butler went viral when he debuted a new look on media day, explaining he was "just messing with



Lifestyle

20 items you should declutter from your home right now



MLB

One team will do 'everything' to acquire Mets star via trade



NBA

Frustrated 76ers star sends message about 'lost season'



Content Articles

Blake Shelton Stops Denying And Confirms The Rumors



MLB

A Filipino card game may have helped derail the Giants season

The Giants are looking for answer after a late-season swoon. One culprit is a Filipino card game. San Francisco was leading the National League wild card race before the trade deadline, but have cratered since mid-July. They've been terrible on the road, going 6-28 in their final 34 games away from San Francisco. While the team has suffered injuries and had to



The greatest singing voices of all time



NFL

NFL executive shares concerns about Patriots QB Mac Jones



NFL

Five Personnel Changes the Steelers Should Make



BTrending

Peter Doocy Steps Out With His Partner And Fans Are Saddened



NFL

Packers' Aaron Jones issues warning to Lions after Week 4 loss



MLB

Cubs announce several roster moves following elimination from playoffs

NFL

The Packers just got some hope for their struggling defense

MLB

Diamondbacks OF suffered injury during batting practice



The 20 best improvised lines in TV history



NFL

Sam Howell, Daniel Jones both on pace to break disconcerting NFL record

Somewhere former Houston Texans quarterback David Carr has a smile on his face. As the NFL schedule turns to Week 5, Washington Commanders QB Sam Howell and New York Giants QB Daniel Jones are both on pace to take away arguably the most dubious milestone of Carr's 10-year NFL career: most sacks taken in a single season. In Monday's 24-3 loss to the



NFL

Week 5 fantasy football waiver wire must-adds



NFL

Giants should consider selling at trade deadline amid bleak season...



NFL

Pete Carroll, Geno Smith want the NFL to ban hip-drop tackles



Entertainment

The 20 hardest games for the original NES console



NFL

Jets' Aaron Rodgers reacts to Zach Wilson's performance vs. Chiefs



NHL

Flyers' recent trade acquisition among 13 players placed on...



NFL

Steelers Sign Talented Former 2nd-Rounder To Practice Squad In...

Changes will be made, said Pittsburgh Steelers Head Coach Mike Tomlin after the team's blowout loss in Week 4. Many thought that could spell the end for Steelers Offensive Coordinator Matt Canada, but that was wishful thinking. The Steelers have made some moves in the wide receiver room though, as they released Dez Fitzpatrick on Monday.



NBA

Damian Lillard's agent sends pointed message on Blazers' trade...



The 25 best players in Clemson football history



NFL Quiz

The '300-yard passing games as a rookie' quiz



NFL

Patriots reunite with yet another former Pro Bowler



College Football

Report addresses whether Urban Meyer has interest in Michigan...



College Football

Iowa HC reveals QB Cade McNamara's plan for future after...

NBA

Kevin Durant shuts down Suns point guard concerns without Chris...

MLB

Yankees make decision on manager Aaron Boone's future



DocuSign Envelope ID: EF8A4944-8D93-469B-81A0-8F33618840F8

Michigan player kicked off team after alleged antisemitic behavior | Yardbarker
https://www.yardbarker.com/college_hockey/articles/michigan_hockey_player_kicked_off_team_after_alleged_antisemitic_behavior/s1_13132_39336167



The 25 best whodunit films



NFL

Buccaneers' Todd Bowles has one request for QB Baker Mayfield



NFL

'TNF' preview: OMG! Bears-Commanders surely will be frightening

The NFL is getting into the Halloween spirit weeks early with "Thursday Night Football," a ghastly game between the Chicago Bears (0-4) and Washington Commanders (2-2). Whatever you do, don't watch this one with the lights off. WHEN CHICAGO IS ON OFFENSE Will Justin Fields build on Week 4? Fields finally had his first 300-yard passing game in



NFL

Aaron Rodgers issues lame jab at Travis Kelce

YARDBARKER
A PLAYMAKER BRAND

TERMS OF SERVICE   PRIVACY POLICY   CONTACT US   MY ACCOUNT   SUBSCRIBE   ADVERTISE   JOBS   FAQ

FREE NEWSLETTERS

Copyright 2023 YB Media, LLC. All rights reserved.

Use of this website (including any and all parts and components) constitutes your acceptance of these Terms of Service and Privacy Policy.