# **EXHIBIT 4**

