UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DRUSKINIS,<br>    Plaintiff,<br><br>v<br><br>STOPANTISEMITISM.ORG and<br>LIORA REZNICHENKO,<br><br>    Defendants. | Case No. 2:23-cv-13046<br><br>District Judge. Stephen J. Murphy III<br>Magistrate Judge: Elizabeth A. Stafford |

WARNER NORCROSS + JUDD LLP
Brian D. Wassom (P60381)
Charles C. Kadado (P86279)
12900 Hall Road, Suite 200
Sterling Heights, Michigan 48313
(586) 303-4100
bwassom@wnj.com
ckadado@wnj.com

*Attorneys for Plaintiff*

## AFFIDAVIT OF SERVICE BY ALTERNATE SERVICE

Pursuant to the Court's February 12, 2024 Order Granting Ex Parte Motion for Alternate Service, on February 13, 2024 I served a copy of the ***Summonses***, ***Complaint***, and ***Order Granting Motion for Alternate Service*** via X.com Direct Message upon the X.com account @StopAntisemites.

1

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Dated: February 13, 2024

Charles C. Kadado (P86279)
WARNER NORCROSS + JUDD LLP
12900 Hall Road, Suite 200
Sterling Heights, MI 48313
(586) 303-4100
Attorneys for Plaintiff
ckadado@wnj.com

Subscribed and sworn to before me this
13th day of February, 2024.

Kelly Gajowiak, Notary Public
Macomb County, Michigan.
My Commission Expires: November 7, 2025
Acting in Oakland County

KELLY A GAJOWIAK
Notary Public, State of Michigan
County of Macomb
My Commission Expires Nov. 07, 2025
Acting in the County of OAKLAND

2