UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Druskinis

          Plaintiff(s),          Case No. 2:23-cv-13046

v.                                      Stephen J. Murphy, III

StopAntiSemitism.org and Liora Reznichenko

                                                Elizabeth A. Stafford

          Defendant(s).
_____/

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, StopAntiSemitism.org

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: March 5, 2024                    /s/ Andrew W. Pauwels

                                                  P79167
                                                  660 Woodward Ave.
                                                  Detroit, MI 48226
                                                  313-465-7290
                                                  apauwels@honigman.com