## Index of Exhibits to Plaintiff's Verified First Amended Complaint

| **Exhibit** | **Description** |
| --- | --- |
| 1 | X.com Post by SAO Dated September 30, 2023 |
| 2 | Article b SAO Dated October 2, 2023 |
| 3 | "Antisemitic Incident Map" by SAO Dated October 2, 2023 |
| 4 | Statement by Jewish Resource Center Dated October 3, 2023 |
| 5 | MLive article Dated October 5, 2023 |
| 6 | Retraction Demand Letter to SAO and Reznichenko Dated October 3, 2023 |

30279790