# **EXHIBIT 3**



 

## Leading Non-Partisan U.S Based Organization Fighting & Exposing Antisemitism

### LATEST ANTISEMITIC INCIDENTS

FEATURED



**NAZI SYMBOL FOUND IN NEW YORK HIGH SCHOOL**

Read More →

Oct 3, 2023



**LAW ENFORCEMENT PROBING SWASTIKA FOUND IN VERMONT TOWN**

Read More →

Oct 3, 2023



**SOUTHERN CALIFORNIA CITY COUNCIL VIRTUAL MEETING INTERRUPTED BY ANTISEMITIC CALLERS**

Read More →

Oct 3, 2023

READ MORE

### ANTISEMITES OF THE WEEK



Sep 15, 2023

**MAHMOUD ABBAS**



Sep 7, 2023

**OMAR TOPPIN**



Aug 31, 2023

**JASON BROWN**

READ MORE

DocuSign Envelope ID: EF8A4914-8D93-469B-81A0-6F33618840F8

ANTISEMITIC INCIDENT MAP





ABOUT STOPANTISEMITISM

Learn more about our mission, movement, and impact.

LEARN MORE

REPORT AN INCIDENT

Let us know if you have witnessed antisemitism. Report hate and bigotry now.

REPORT AN INCIDENT



SUPPORT OUR CAUSE

SUBSCRIBE TO RECEIVE UPDATES FROM STOPANTISEMITISM

Sign up to stay up to date on issues related to antisemitism in America.

Captured by FireShot Pro: 04 October 2023, 13:52:07
https://getfireshot.com

DocuSign Envelope ID: EF8A4944-8D93-469B-81A0-8F33618840F8

StopAntisemitism
https://www.stopantisemitism.org/

| First Name | Last Name | Email Address | SIGN UP |

Stopantisemitism.org ©2019

DocuSign Envelope ID: EF8A4914-8D93-469B-81A0-6F33618840F8
Michigan player kicked off team after alleged antisemitic behavior | Yardbarker
https://www.yardbarker.com/college_hockey/articles/michigan_hockey_player_kicked_off_team_after_alleged_antisemitic_behavior/s1_13132_39336167



# Michigan hockey player kicked off team after alleged antisemitic behavior

By Michael Gallagher  |  Last updated 10/2/23

The University of Michigan Wolverines blue line took a hit over the weekend when sophomore defenseman Johnny Druskinis was removed from the program just one day before the start of the 2023 regular season for a rules violation, as first reported by the Michigan Daily.

A report from CBS Detroit, which has video of the incident, alleges one male and one female defaced the university's Jewish Resource Center with "homophobic slurs and graphic images." According to the official X account of StopAntisemitism.org, Druskinis allegedly vandalized the building, spray painting it with swastikas.

University of Michigan hockey has given Johnny Druskinis the boot after he was caught on camera spray painting swastikas onto the Jewish Resource Center during welcome week.

Thank you @umichhockey for creating actual consequences for antisemitism activity on your campus.... pic.twitter.com/gwkGkA8DLm

— StopAntisemitism (@StopAntisemites) September 30, 2023

While the school didn't clarify what exactly he did, it did confirm Druskinis is no longer a member of the hockey team, and his roster page was removed from the school's website.

"Johnny Druskinis is no longer on the Michigan Hockey roster, following a violation of team rules," a Michigan hockey spokesperson said in a statement.

Druskinis played sparingly as a freshman last season, notching two assists in eight games. He was projected to be a third-pairing defender for the Wolverines in 2023.

- Chiefs TE Travis Kelce has one complaint about league's Taylor Swift coverage
- Report addresses whether Urban Meyer has interest in Michigan State
- The '300-yard passing games as a rookie' quiz

Promoted Content


Foot Neuropathy Doctors Rave About This Incredible Gadget
Nooro


Cote De Pablo, 43, Leaves Nothing To Imagination
Poshland


Doctors Are Stunned! This Method Kills Fungus In Three Days
Kera Essentials


Husband Noticed Strange Detail In Picture (Mature Audience Only)
Tips And Tricks


Peter Doocy Steps Out With His Partner And Fans Are Saddened
BTrending


A Teaspoon On An Empty Stomach Burns 12 Lbs Of Fat A Week Safely!
Keto

Get the latest news and rumors, customized to your favorite sports and teams. Emailed daily. Always free!

SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## TODAY'S BEST


College Hockey
Michigan hockey player kicked off team after alleged antisemitic...


MLB
Padres announce major Manny Machado news


NFL
Dolphins get brutal news for Tua Tagovailoa, offense in Week 5


Regrow
Doctor: Your Hair Will Grow Like Crazy (Try This Tonight!)

     


NFL
Eagles get more talented with addition of former Super Bowl winner

Already rostering two 30-something cornerbacks, the Eagles spent Tuesday looking into another one. They brought in Bradley Roby for an audition, per Field Yates of ESPN.com. It looks to have gone well, with The Score's Jordan Schultz reporting Roby is signing with the team. It is unclear just yet if this is an active-roster or practice squad agreement. The Saints


NHL
Gretzky Predicted Startling Truth About Matthews and Nylander


20 underrated 1970s bands


NFL Quiz
The 'Most sacks in a season by team' quiz


Nooro
Foot Neuropathy Doctors Rave About This Incredible Gadget


NHL
Rangers make intriguing goaltending move ahead of season


NFL
Could Ben Roethlisberger take over as Steelers next OC?

NFL
Chiefs TE Travis Kelce has one complaint about league's Taylor Swift...

NFL
Chiefs' Travis Kelce addresses chat with Jets' Aaron Rodgers before...


20 albums that only get better with age


NFL
Patriots sign veteran DT to practice squad


NFL
Cowboys' Jerry Jones shares bold take about 49ers, Eagles


NBA Quiz
The '2022-23 NBA leading scorers' quiz

What do you do when you're an NBA star and your team misses out on acquiring a franchise point guard? You go full emo, of course. The Miami Heat may have missed out on acquiring Damian Lillard (and Jrue Holiday, for that matter), but all folks could talk about after NBA media day was Jimmy Butler's new hairstyle. Last season, Butler went viral when he debuted a new look on media day, explaining he was "just messing with


Lifestyle
20 items you should declutter from your home right now


MLB
One team will do 'everything' to acquire Mets star via trade


NBA
Frustrated 76ers star sends message about 'lost season'


Content Articles
Blake Shelton Stops Denying And Confirms The Rumors



MLB

A Filipino card game may have helped derail the Giants season

The Giants are looking for answer after a late-season swoon. One culprit is a Filipino card game. San Francisco was leading the National League wild card race before the trade deadline, but have cratered since mid-July. They've been terrible on the road, going 6-28 in their final 34 games away from San Francisco. While the team has suffered injuries and had to



The greatest singing voices of all time



NFL

NFL executive shares concerns about Patriots QB Mac Jones



NFL

Five Personnel Changes the Steelers Should Make



BTrending

Peter Doocy Steps Out With His Partner And Fans Are Saddened



NFL

Packers' Aaron Jones issues warning to Lions after Week 4 loss



MLB

Cubs announce several roster moves following elimination from playoffs

NFL

The Packers just got some hope for their struggling defense

MLB

Diamondbacks OF suffered injury during batting practice



The 20 best improvised lines in TV history



NFL

Sam Howell, Daniel Jones both on pace to break disconcerting NFL record

Somewhere former Houston Texans quarterback David Carr has a smile on his face. As the NFL schedule turns to Week 5, Washington Commanders QB Sam Howell and New York Giants QB Daniel Jones are both on pace to take away arguably the most dubious milestone of Carr's 10-year NFL career: most sacks taken in a single season. In Monday's 24-3 loss to the



NFL

Giants should consider selling at trade deadline amid bleak season...



NFL

Week 5 fantasy football waiver wire must-adds



NFL

Pete Carroll, Geno Smith want the NFL to ban hip-drop tackles



Entertainment

The 20 hardest games for the original NES console



NFL

Jets' Aaron Rodgers reacts to Zach Wilson's performance vs. Chiefs



NHL

Flyers' recent trade acquisition among 13 players placed on…



NFL

Steelers Sign Talented Former 2nd-Rounder To Practice Squad In…

Changes will be made, said Pittsburgh Steelers Head Coach Mike Tomlin after the team's blowout loss in Week 4. Many thought that could spell the end for Steelers Offensive Coordinator Matt Canada, but that was wishful thinking. The Steelers have made some moves in the wide receiver room though, as they released Dez Fitzpatrick on Monday.



NBA

Damian Lillard's agent sends pointed message on Blazers' trade…



The 25 best players in Clemson football history



NFL Quiz

The '300-yard passing games as a rookie' quiz



NFL

Patriots reunite with yet another former Pro Bowler



College Football

Report addresses whether Urban Meyer has interest in Michigan…



College Football

Iowa HC reveals QB Cade McNamara's plan for future after…

NBA

Kevin Durant shuts down Suns point guard concerns without Chris…

MLB

Yankees make decision on manager Aaron Boone's future





