# EXHIBIT 5

Case 2:23-cv-13046-SKD-EAS  ECF No. 19-5, PageID.290  Filed 03/25/24  Page 2 of 8

Page 1
Michigan athletes involved in Ann Arbor Jewish center vandalism have apologized, says rabbi - mlive.com
https://www.mlive.com/wolverines/2023/10/michigan-athletes-involved-in-ann-arbor-jewish-center-vandalism-have-apologized-says-rabbi.html



Advertisement



**WOLVERINES**

# Michigan athletes involved in Ann Arbor Jewish center vandalism have apologized, says rabbi

Published: Oct. 05, 2023, 10:31 a.m.






Surveillance video posted on AAPD's social media page Friday, Aug. 25, shows two individuals walking with a group of people along Hill Street stop in front of the center at 5:02 p.m. Tuesday, Aug. 22, 2023, and leave the graffiti in front of the building before walking away. Photo provided by the Ann Arbor Police Department

By **Ryan Zuke | rzuke1@mlive.com**

ANN ARBOR – Two University of Michigan student-athletes suspected of vandalizing the sidewalk in front of Jewish Resource Center in Ann Arbor have apologized, said a rabbi with the center.

The pair asked to attend a Shabbat dinner at the JRC, which took place last month just ahead of Yom Kippur -- the Jewish Day of Atonement -- to apologize to more than 350 people in attendance.



**The top Michigan pro and college sports news:**

Lions, Tigers, Red Wings, Wolverines, Spartans and more.

Ex: user@mail.com

**Sign up**

By subscribing, you agree to our user agreement (including the class action waiver and arbitration

Advertisement



Energizer AA Batteries, Alkaline Power Do...
★★★★★ 37,188
$18.00 prime
Details & delivery                    Add to Cart

**Recommended for You**


Meet the powerful tools everyone needs to thrive at work.
Adobe Systems Incorporated


Former Michigan football defensive standout dies at 33
MLive.com


State-of-the-Art Vein Treatment - Covered by Insurance!
Metro Vein ...    Book Now


Popular restaurant, convenience, gas chain Sheetz is coming bigtime to Michigan
MLive.com

provisions), and privacy policy.





**Christina Hendricks'
Photos After Weight
Loss Are A Bit Too
Much.**
Lawyers Favorite



**Former Michigan
running back
announces transfer
destination**
MLive.com

Promoted Links by Taboola

"It seemed sincere, and they were the ones who offered to
apologize to the whole community," Rabbi Mendy Klahr told
MLive. "They were really moved by what we do and understood
how big of a mistake it was…I think it is a brave move to come in
front of 350-400 students."

Klahr said the center opted not to pursue charges against the pair.

"As Jews, we try to sanctify the name of God. I think that does
more than just getting rid of kids or getting them kicked out of
school," Klahr said. "We try to give second chances."

The Ann Arbor Police Department released a statement Tuesday
regarding the incident, which took place shortly after 5 p.m. Aug.
22. It stated that the male suspect spray-painted male genitalia as
well as a homophobic slur on the sidewalk of the JRC property at
1335 Hill St., while the female spray-painted her initials.

Advertisement

Ann Arbor police released surveillance video of the incident on
Aug. 25 to help identify the pair.

Because the JRC declined to press charges, police did not release
the names of the suspects.

Published reports have identified the pair as Michigan hockey
sophomore Johnny Druskinis and Michigan women's lacrosse
sophomore Megan Minturn.

Druskinis was removed from the Wolverines' hockey team late
last week.

Meanwhile, Minturn's status on the lacrosse team remains
unclear.

She appeared in five games as a freshman, but the roster for the
2024 season has not yet been released. Because women's lacrosse
is a spring sport, a Michigan athletics spokesperson said it can't
comment on a possible suspension because the team is not in
season.

A Michigan athletic department spokesperson told MLive that the
university cannot connect the two student-athletes to the JRC
incident because of student privacy laws. Druskinis was
dismissed from the hockey team last week for a "violation of
team rules," according to a team spokesperson.

Druskinis and Minturn did not respond to an MLive request for
comment.

Klahr denounced the vandalism, especially the homophobic
language, but said there also has been misinformation published
about the incident.

"Yom Kippur is probably the holiest day for Jewish people,"
Klahr said. "It's like a very special day. We have a long build-up
to that in our communities and classes. The services are different

those days. And I see articles, and it's a little bit taken out of context because there wasn't any swastikas or anything like that. I'm not taking away from what they did. It was homophobic and a terrible drawing. But there's a difference between that and a swastika.

"This specific case, I'm not saying that if it happens again, we just forgive anyone, but as Jews, we try to be forgiving. We try to give another chance."

Michigan hockey head coach Brandon Naurato had no comment when asked about Druskinis during the team's media day video news conference on Tuesday as the Wolverines prepare for their season-opener Saturday against Providence.

As a freshman in 2022-23, Druskinis appeared in eight games, recording two assists. Prior to arriving at Michigan, the Plymouth native played three seasons in the United States Hockey League. He played the 2021-22 campaign with the Tri-City Storm, finishing with three goals, five assists and 159 penalty minutes in 53 games.

Advertisement

A Freedom of Information Act request for the police report has been filed by MLive/The Ann Arbor News.

*Want more Ann Arbor-area news? Bookmark the local Ann Arbor news page, the Ypsilanti-area news page or sign up for the free "3@3 Ann Arbor" daily newsletter.*

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our **User Agreement** and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our **Privacy Policy.**

**Sponsor Content**

**Passport to flavor: TCRW is perfect reason for winter getaway**

Make your reservations now for a culinary extravaganza with special menus at more than 40 restaurants Feb. 25-March 2.

**Traverse City Tourism**



**Around the Web**                    Taboola Feed



**Healthy legs never felt so good! Non-invasive vein treatment. Covered by insurance.**

Love the way your legs look and feel with state-of-the-art vein care by nationally accredited, board-certified vein doctors.

**Metro Vein Centers** | Sponsored                 Learn More




**2023's Elite: Forbes Unveils the Top 50 Richest People in…**



**When Neuropathy Hits, Try This (It's Genius!)**



Exclusive insights into the Forbes World's Billionaires List 2023
**Forbes** | Sponsored    Read More

Discover The Latest Breakthrough In Neuropathy Relief
**Health Today** | Sponsored    Learn More



**Roofers Tested 17 Gutter Guards… Here's What They Discovered**
The Actual Cost of Gutter Guards in 2024 May Surprise You
**HomeBuddy** | Sponsored    Learn More



Unmute

**Why Yiume's Aloha shirts are a fashion must-have**
Don't just follow trends, set them with our uniquely designed Hawaiian …
**Yiume** | Sponsored    Shop Now

**This New Device Is Leaving Neuropathy Experts Baffled**
**Health Insight Jo…** | Sponsored    Learn More



**COBRA SHELBY ALUMINUM BODY PANELS / AC Ace , 427 & 289 ( HOOD panel for sale)**



Unmute

**Here's The Average Price Of Gutter Protection For House…**
The Actual Cost May Surprise You
**LeafFilter Partner** | Sponsored    Get Quote

**Here's The Average Cost Of Gutter Guards For Smaller…**
Click here to see what's available in your area.
**HomeBuddy** | Sponsored    Learn More

I was five minutes late to work for the first time and my boss chewed me out because of this. He didn't think about the fact that I filled in for him the

previous day because someone had quit. So I too quit on the spot. It was EPIC until I woke up to tons of email the next day. My rage quit was about to

**Workers From Around The World Share Their "I Quit" Moments**

My LIFE is in DANGER because of that.

MA | Sponsored



**"Never Going Back to Prime"—Why 20,000 Users...**

This simple trick can save tons of money on Amazon, but most Prime...

Coupon Code Finder | Sponsored



**Embark on a New Adventure with D&D Beyond**

Playing D&D is just a roll of the dice away with D&D Beyond. Sign up a...

D&D Beyond | Sponsored

Learn More



**Former Detroit Pistons center dies at age 52 after battle with cancer**

MLive.com



**Fire destroys resort's historic lodge on Lake Superior**

MLive.com



**Everyone Wanted To Date Her In The 80s, This Is Her Lately**

Investing.com | Sponsored



**Mother And Son (12) Disappear On safari, 10 Year...**

people-today.com | Sponsored



**1937 Plymouth Other**

eBay US | Sponsored

Shop



**After Weight Loss Rachael Ray Looks Like An Entirely Different Person**

.

The Noodle Box | Sponsored

Read More





**Personal information of Dan Campbell leaked amid Lions-Cowboys controversy**

MLive.com

**Former Ohio State hoops coach hired to revive struggling Big East program**

MLive.com





**Kaley Cuoco's Photos After Her Weight Loss Are A Bit T…**

Tuzzy | Sponsored

**Flight Attendants Notice This About You As You Step on t…**

Here's what flight attendants notice about you before you even sit down

Vacation 1st | Sponsored



**1964 Mercury Marauder**

eBay US | Sponsored                                    [ Shop ]



**Look For Any High School Yearbook, It's Free**

Classmates | Sponsored





**Dear Abby: My daughter was left out of her dad's obituary, how do I tell her?**

MLive.com

**Juwan Howard responds to criticism from ex-Michigan basketball star**

MLive.com

Page 7
Michigan athletes involved in Ann Arbor Jewish center vandalism have apologized, says rabbi - mlive.com
https://www.mlive.com/wolverines/2023/10/michigan-athletes-involved-in-ann-arbor-jewish-center-vandalism-have-apologized-says-rabbi.html



Captured by FireShot Pro: 15 March 2024, 16:16:36
https://getfireshot.com