# EXHIBIT 1

| Alleged Defamatory Statement | Bases for Dismissal | | |
|---|---|---|---|
| | Non-actionable opinion | Substantially true statement | Insufficient allegation of actual malice |
| The statement on X.com that "University of Michigan Hockey has given Johnny Druskinis the boot after he was caught on camera spray painting swastikas onto the Jewish Resource Center during welcome week. Thank you @umichhockey for creating actual consequences for antisemitic activity on your campus . . . ." (FAC ¶ 48(a).) | X | X | X |
| The statement in the web article that "Druskinis was caught in the act of graffiting the hateful messages in broad daylight by a surveillance camera on the property." (FAC ¶ 48(b).) | | X | X |
| The statement in the web article that "[Druskinis] has been suspended indefinitely from the school's men's hockey team for graffiting antisemitic . . . messages on the sidewalk in front of the campus' Jewish Resource Center . . ." (FAC ¶ 48(c).) | X | X | X |
| The statement in the web article that "The incident is the second reported act of antisemitism at the University of Michigan in the last few months." (FAC ¶ 48(d).) | X | X | X |
| The statement in the web article that ". . . the University of Michigan has a responsibility to either suspend or even expel this student if they are truly serious about fighting bigotry." (FAC ¶ 48(e).) | X | | X |
| The statement on the incident map that "Michigan hockey player kicked off team after alleged antisemitic behavior." (FAC ¶ 48(f).) | X | X | X |