# EXHIBIT 2

# ANN ARBOR POLICE DEPARTMENT
JUSTICE CENTER, 301 E. HURON ST.
ANN ARBOR MI 48104
734.794.6930



## Case Report

| Administrative Details: ||
|---|---|
| CR No<br>230036205 | Subject<br>2902 - Damage to Property - Private Property - MDOP [29000] |
| Report Date/Time<br>08/22/2023 21:29 | Occurrence Date/Time<br>08/22/2023 21:20 |
| Location<br>1335 HILL ST | Call Source<br>FOP |
| Dispatched Offense<br>2902 Damage to Property - Private Property - MDOP | Verified Offense<br>2902 Damage to Property - Private Property - MDOP |
| OIC<br>Jamil, Nader (AAJAMILN-50600) | OIC Contact Number |
| County<br>81 - Washtenaw | City/Twp/Village<br>89 - Ann Arbor |
| Division<br>Patrol - Nights | Victim<br>Jewish Resource Center (42022578) |

| Action Requested: ||
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

## Offenses:

### 2902 - Damage to Property - Private Property - MDOP   [AAALDRICHA (92700)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 290 - Destruction/Damage/Vandalism of Property / A | 29000 - DAMAGE TO PROPERTY | |
| Crime Against | Location Type | Offense Completed |
| PR | 04 - Church/Synagogue/Temple/Mosque | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

## People:

### ▓▓▓▓▓▓▓▓▓▓▓   (S-SUSPECT)   [AAJAMILN (50600)]

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | |
| Aliases | Driver License# | DL State | DL Country | Personal ID# |
| | ▓▓▓▓ | ▓▓▓▓ | USA | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| ▓▓▓▓ (19) | F | WHITE | Unknown | | | |
| Eye Color | Hair Color | Hair Style | Hair Length | Facial Hair |
| Green | Brown | | | |
| Complexion | Build | Teeth | Height | Weight | Attire |
| | Thin | | 5' 5" | 120 | |
| Street Address | Apt # | County | Country | Home Phone | Work Phone |
| ▓▓▓▓ | | | USA | UNKNOWN | |
| City | State | Zip | Cell Phone | Email |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

### ▓▓▓▓▓▓▓▓▓▓▓   (S-SUSPECT)   [AAFAUVERT (33201)]

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | | |
| Aliases | Driver License# | DL State | DL Country | Personal ID# |
| | ▓▓▓▓ | MI | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| ▓▓▓▓ (21) | M | UNKNOWN | Unknown | | | |
| Complexion | Build | Teeth | Height | Weight | Attire |
| | | | 6' 1" | 185 | |
| Street Address | Apt # | County | Country | Home Phone | Work Phone |
| ▓▓▓▓ | | | | UNKNOWN | |
| City | State | Zip | Cell Phone | Email |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | |

### (V-VICTIM)   [AAALDRICHA (92700)]

| Victim Type | Victim of |
|---|---|
| R - Religious Organization | 2902 - Damage to Property - Private Property - MDOP |

| PE: | W.Type: | Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| | | Jewish Resource Center | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
| NA | NA | NA | NA | NA | NA | NA |
| Street Address | Apt # | County | Country | Home Phone | Work Phone |
| 1335 Hill St | | | | | |
| City | State | Zip | Cell Phone | Email |
| | | | | |

| Ann Arbor | MI | 48104 | | |
|---|---|---|---|---|
| Victim Injury | | | | |

## (O-OTHER) (X-MISCELLANEOUS)   [AATHEILB (31101)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| DOB (Age) | | Sex<br>F | Race<br>WHITE | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |

| Street Address | Apt # | County | Country | Home Phone<br>UNKNOWN | Work Phone |
|---|---|---|---|---|---|
| City | State | Zip | Cell Phone | Email | |

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | |

Notes

## KRIGER, MARK   (O-OTHER) (X-MISCELLANEOUS)   [AAJAMILN (50600)]

| PE: | W.Type: | Last Name<br>Kriger | First Name<br>Mark | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| DOB (Age) | | Sex<br>M | Race<br>UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |

| Street Address | Apt # | County | Country<br>USA | Home Phone<br>UNKNOWN | Work Phone |
|---|---|---|---|---|---|
| City | State | Zip | Cell Phone | Email | |

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | |

| Employer | Employer Address | Employer Phone | Occupation | Employer CSZ |
|---|---|---|---|---|

## RAMSAYER, RYAN   (O-OTHER) (X-MISCELLANEOUS)   [AAJAMILN (50600)]

| PE: | W.Type: | Last Name<br>Ramsayer | First Name<br>Ryan | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| DOB (Age) | | Sex<br>M | Race<br>UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |

| Street Address | Apt # | County | Country | Home Phone<br>UNKNOWN | Work Phone |
|---|---|---|---|---|---|
| City | State | Zip | Cell Phone | Email | |

| Employer | Employer Address | Employer Phone | Occupation | Employer CSZ |
|---|---|---|---|---|

## (O-OTHER) (X-MISCELLANEOUS)   [AAFAUVERT (33201)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| DOB (Age)<br>(38) | | Sex | Race<br>UNKNOWN | Ethnicity | Birth City & State<br>undefined | Birth Country<br>undefined | Country of Citizenship |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| City | State | Zip | Cell Phone | Email | |

| Passport# | Passport Country of Issue | School | School City | Grade | Active Military Status |
|---|---|---|---|---|---|
| | | undefined | undefined | undefined | |

| Alerts | On Probation/Parole | Habitual Offender Status |
|---|---|---|
| | No | |

### (O-OTHER) (RES-RESPONSIBLE)  [AAJANETTEA (35000)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | ▇ | ▇ | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 35 | M | WHITE | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| ▇ | | | | | ▇ |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ |

| Employer | Employer Address | Employer Phone | Occupation | Employer CSZ |
|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ |

### (O-OTHER) (R-REPORTED BY)  [AAALDRICHA (92700)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | ▇ | ▇ | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| ▇ (41) | M | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| ▇ | | | | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| ▇ | | ▇ | ▇ | ▇ |

| Employer | Employer Address | Employer Phone | Occupation | Employer CSZ |
|---|---|---|---|---|
| ▇ | | | | |

### Property:

**3115 - City Building 5433   [AAALDRICHA (92700)]**

| Property Class | IBR Type | UCR Type |
|---|---|---|
| 33 | 33 - Structures - Public/Community | K - Miscellaneous |

| Status | Count | Value |
|---|---|---|
| A - Attacked | 1 | 1 |

| Description | Disposition | Evidence Tag |
|---|---|---|
| Jewish Resource Center Building | | |

| Recovered Date/Time | Location | Owner |
|---|---|---|
| | | [V42022578] , |

### Narrative:

**CR No: 230036205-001    Written By: AAALDRICHA (92700)    Date: 08/22/2023 11:04 PM**

## REPORT

While I was working the front desk, ▇ , ▇ ▇ report damage to property. This incident occurred on 08/22/2023 around 2120 hrs.

▅▅▅▅ stated that there was a graphic penis and the word "fag" spraypainted on the walkway when you come up to the front door.

## DAMAGED PROPERTY

Jewish Resource Center building (Spraypainted)

## COST OF DAMAGE

$150

## SUSPECT ID

Unknown.

## DISPOSITION

Report filed.

| CR No: 230036205-002 | Written By: AAALDRICHA (92700) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

| CR No: 230036205-003 | Written By: AAJANETTEA (35000) | Date: 08/23/2023 05:28 PM |
|---|---|---|

REPORT:
    I received information from DC Maguire regarding possible Anti-Semitic Graffiti at the Jewish Resource Center at this location.

INFORMATION:
    I made contact with ▅▅▅▅ ▅▅▅▅▅▅▅ at the location. He indicated to me that several of the female residents at the location noticed graffiti on the front sidewalk, they told him it happened sometime overnight, but they did not know exactly when and did not see anyone doing it.

    The graffiti in question was of an ejaculating male genitalia, and the words "fag" and "Jew". I photographed it and attached those photographs to this report.

    ▅▅▅▅▅▅▅▅ told me that he was currently reviewing their surveillance footage and would notify me when he located the specific timeframe when the MDOP occurred. I informed him that

when he did so he could contact me, and I would retrieve a copy of it from him.

▮▮▮▮ and I discussed the upcoming Jewish Holidays and security during them. I told him that we would ensure extra patrols during those times and that should he or the residents of the location see anything suspicious at any time to call 911 for a AAPD response.

DISPO:
Report Filed.

| CR No: 230036205-004 | Written By: AAJANETTEA (35000) | Date: 08/24/2023 05:48 PM |

REPORT:
I received the surveillance video of the MDOP incident via email from ▮▮▮▮

INFORMATION:
I watched the video sent to me by ▮▮▮▮ On it I observed a large group of people walking east on Hill passing the Jewish Resource Center. Two males break away from the group and enter the front yard grass, they take a photo and rejoin the group which is slowly walking past the location.

Another male from the group stands in the front yard and watches the above subjects take the picture, when they leave with the rest of the group, he stays in front of the location moving from the grass to the sidewalk, he has a white spray paint can in his right hand. He then bends over, and spray paints the homophobic slur and the male genitals. While he is doing so a female leaves the group and walks back to him. She watches him paint the graffiti then she takes the can and moves closer toward hill and spray paints the letters on the sidewalk.

The male appears to be a white male, medium height and build, he is tanned and is wearing a blue t-shirt and red shorts. He has dark hair which is possibly in a ponytail. The female appears to be a white female, she also has tanned skin and has long dark hair, she is wearing a light-colored tank top and jean shorts.

The subjects leave together and continue east on Hill.

▮▮▮▮ stated in his email he believes that the graffiti letters painted by the female are the Greek letter Sigma Nu Sigma.

A copy of the video was forwarded to the DB because it was too large to attach to this

report.

Dispo:

    Report Filed.

| CR No: 230036205-005 | Written By: AAFAUVERT (33201) | Date: 08/25/2023 09:55 PM |

**REPORT:**

On 08/25/2023 Reporting Officer (R/O) was performing as the Duty Command Sergeant. R/O received a phone call ▇▇▇▇ Lt. Goci advising that he had received information ▇▇▇▇ ▇▇▇▇ reference a suspect in this incident. Lt. Goci provided the phone number for the ▇▇▇▇ ▇▇▇▇. He explained that ▇▇▇▇ had information he would like to provide to AAPD about one of the persons responsible.

**OTHER ▇▇▇▇ STATEMENT:**

R/O contacted ▇▇▇▇ via tx. He explained that he is ▇▇▇▇ and believed that the suspect ▇▇▇▇ ▇▇▇▇ advised he was contacted by the ▇▇▇▇ reference the incident and had been overhearing some rumors about the incident throughout the day. He states that he had a meeting with some of his ▇▇▇▇ about what he was hearing, and they advised they had also been hearing the rumors.

They stated that it was believed to be ▇▇▇▇ who was the male half responsible for the incident but when they confronted him about it, he denied it. ▇▇▇▇ left for the day and was contacted by ▇▇▇▇, being asked to meet with them. Upon meeting with them he also brought ▇▇▇▇ into the meeting at which time they all watched a video of the incident occurring that was posted on social media.

▇▇▇▇ continued to deny that it was him in the video. ▇▇▇▇ states that after viewing the video he cannot clearly make out ▇▇▇▇ face and cannot with 100% certainty say it was him. However, he added that ▇▇▇▇ are certain it is him and that ▇▇▇▇ were part of the group that ▇▇▇▇ is viewed on video breaking away from. As far as he knows they did not witness the incident but did confirm to ▇▇▇▇ that ▇▇▇▇ split off from the group and was in the area. ▇▇▇▇ was not aware of what ▇▇▇▇ had actually painted on the

sidewalk and upon being told he stated that he did not believe that the incident was Anti-Semitic in nature. He does not know who the female half would be.

███████ contact info, tx and email, are in his subject header and he is aware AAPD may follow up with him at a later date.

**SUSPECT** ███████ **INFO:**

At this time contact was not made with ███████ R/O was able to locate CR 23-19215, Noise Ordinance, in which ███████ was cited for a noise ordinance violation. The incident occurred on 05/07/2023 and at this time ███████ was residing at ███████

**DISPOSITION:**

Filed.

---

**CR No: 230036205-006    Written By: AAJAMILN (50600)    Date: 08/30/2023 02:26 PM**

**NATURE OF INCIDENT:**

SUPPLEMENTAL REPORT- Follow up

**DATE:**

08/25/2023

On the above date I was assigned this case by D/Sgt. I reviewed the report written by Cadet Aldrich and Sgt's Janette and Fauver. I learned that an unknown white male and female spray painted the word "FAG" and a picture of a penis on the sidewalk leading to the front door of 1335 Hill which is the Jewish Resource Center on 08/22/2023. D/Sgt. Garrett emailed me the surveillance footage of the incident from 1335 Hill.

I reviewed the surveillance footage and observed a group of ███████ kids walking southbound on the sidewalk on Hill in front of 1335 Hill. I observed 2 unknown white males get their picture taken in front of the house at 1335 Hill. I observed an unknown white male wearing very short purple shorts with a white strip on the side of the shorts and had on a lite blue t-shirt on which revealed most of his lower abdomen and white shoes was watching the subjects get the picture taken. The subject appeared to be unsteady on his feet and was wobbling as he was walking. An unknown

white female wearing short bluejeaned shorts, white shoes and a lite colored tank top approached the subject as he was bent over spray painting the sidewalk. The female then started to spray paint the sidewalk herself and both subjects walked away southbound on Hill. The surveillance footage was not clear enough to get a still image of both subjects and the pillar on the front porch was obstructing the view of the subjects.

### SUSPECTS ID:

On 08/25/2023 Sgt. Fauver spoke to the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ who identified the male subject from the surveillance footage as ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Please refer to Sgt. Fauver's report for further information.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇ W/F ▇▇▇▇▇▇▇

### ATTEMPT PHONE CONTACT WITH ▇▇▇▇▇▇▇▇▇:

On 08/29/2023 I called ▇▇▇▇▇▇▇▇ via telephone and left him a message to call me.

### PHONE CONTACT WITH ▇▇▇▇▇▇▇:

On 08/29/2023 I spoke to ▇▇▇ ▇▇▇▇▇▇ via telephone. I advised ▇▇▇▇ that I am the detective assigned to this case and we have identified the subject who spray painted the graffiti on their sidewalk. ▇▇▇▇ asked if the female was identified which I advised him she was not at this time.

On this same day after speaking to ▇▇▇▇▇▇ attorney Ryan Ramsayer, I called and spoke to ▇▇▇▇ via telephone. I provided him with ▇▇▇▇▇▇ attorney's contact information and asked him if he can give him a call. ▇▇▇▇ stated that his attorney will contact ▇▇▇ I advised ▇▇▇▇ that ▇▇▇ would like to resolve this situation without going to court. ▇▇▇ stated that ▇▇▇▇▇▇ needs to provide them with the unknown female from the surveillance footage that assisted him.

### PHONE CONTACT WITH RYAN RAMSAYER:

On 08/29/2023 five minutes after leaving ▇▇▇▇▇▇▇▇ a message to call me. I received a call from Ryan Ramsayer who advised that he is the attorney representing ▇▇▇▇▇▇▇▇. Ryan stated that his client is the subject who spray painted the graffiti at 1335 Hill St and his

client was very intoxicated at the time and does not remember anything. I asked Ryan if ▓▓▓ can help identify the female who assisted him, and he advised he will work on that. Ryan asked if he could speak to ▓▓▓ which I advised Ryan that I will provide ▓▓▓ with his contact information.

On 08/30/2023 I received a call via TX from Ryan Ramsayer. Ryan stated he spoke to ▓▓▓ who requested ▓▓▓ to provide the name of the female that was with him. Ryan stated ▓▓▓ spoke to ▓▓▓ white/female DOB ▓▓▓ who admitted to him that she was the female from the surveillance footage. Ryan provided me with ▓▓▓'s phone number as ▓▓▓ and advised she is also ▓▓▓.

**ATTEMPT PHONE CONTACT WITH ▓▓▓:**

On 08/31/2023 I called ▓▓▓ and left her a message to call me.

On this same day, I received a call from Mark Kriger via TX who advised that he is representing ▓▓▓. Mark stated he just spoke to ▓▓▓ attorney Ryan Ramsayer and he would like to resolve this matter without going to court as well. Mark advised that he will be calling ▓▓▓ to discuss the matter.

**ADDITIONAL INFORMATION:**

On 09/05/2023 I spoke to ▓▓▓ via telephone. ▓▓▓ advised that he is meeting with both attorney's and their clients on Thursday, 09/07/2023 to resolve this matter. I advised ▓▓▓ that this case will be closed since it's being handled in house.

**DISPOSITION:**

This case will be handled between the two parties. Case will be closed.

---

CR No: 230036205-007    Written By: AATHEILB (31101)    Date: 09/01/2023 08:06 AM

FOLLOW UP:
On 8/31/23 at approximately 1745 I spoke with the ▓▓▓ ▓▓▓ PD Chief Bob Neuman requested ▓▓▓ speak with me regarding identification of the female involved in the graffiti incident at the JRC. ▓▓▓

confirmed the female in the video was ████████, ████████████████████████ ████ admitted her role to ██████ and advised she spray painted her initials on the sidewalk. ████ expressed remorse for her actions and asserted she does not condone anything hateful such as what was spraypainted by ██████  ██████ informed ████████████████████████ ████████████████████████████████████

DISPOSITION:
Supplement complete

| Attachments: | | | | | |
|---|---|---|---|---|---|
| **File Name** | **File Type** | **Comments** | **Date** | **By** | **Role** |
| Attachments Included In This Report: | | | | | |
| Screenshot 2023-08-22 at 9.18.24 PM (1).png | png | Photo of Damage | 08/23/2023 12:22 AM | ALDRICH, ALEXIS | POLICEOFFICER |
| IMG_8472.jpeg | jpeg | Jewish Center Sidewalk | 08/23/2023 05:31 PM | JANETTE, ANDREW | COMMAND |
| IMG_8474.jpeg | jpeg | Jewish Center Sidewalk 2 | 08/23/2023 05:31 PM | JANETTE, ANDREW | COMMAND |

Attachment File : Photo of Damage



Attachment File : Jewish Center Sidewalk



Attachment File : Jewish Center Sidewalk 2

