# Index of Exhibits to Plaintiff's Response
# to Defendants' Motion to Dismiss

| Exhibit | Description |
| --- | --- |
| 1 | Swastika, ANTI-DEFAMATION LEAGUE, https://www.adl.org/resources/hate-symbol/swastika (last visited May 10, 2024). |
| 2 | *The Swastika: Use and Abuse of a Sacred Symbol*, AM. JEWISH COMM. (2021) https://www.hinduamerican.org/wp-content/uploads/2021/09/HAFN_21_023-SwastikaBrochure_r9-reader.pdf. |
| 3 | Kalpana Sunder, *The ancient symbol that was hijacked by evil*, BBC (Aug. 16, 2021), https://www.bbc.com/culture/article/20210816-the-ancient-symbol-that-was-hijacked-by-evil. |
| 4 | *About Steven Heller*, HELLER BOOKS, https://www.hellerbooks.com/docs/about.html (last visited May 9, 2024). |
| 5 | Steven Heller, *The Swastika and Symbols of Hate: Extremist Iconography Today* (Allworth Press, 2019). |
| 6 | *Women's Lacrosse Roster: Megan Minturn*, UNIV. OF MICH. (2024), https://mgoblue.com/sports/womens-lacrosse/roster/megan-minturn/25219. |
| 7 | Arnold Zwicky, *The Other F Word*, OUT MAGAZINE (June 2003), https://web.stanford.edu/~zwicky/the-other-f-word.pdf. |

30529609