UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DRUSKINIS,

      Plaintiff,

vs.

STOPANTISEMITISM.ORG AND
LIORA REZNICHENKO,

      Defendants.
_____/

Case No. 2:23-cv-13046
Hon. Susan K. DeClercq

## **APPEARANCE OF MICHAEL J. GRYGIEL**

PLEASE TAKE NOTICE that Michael J. Grygiel of the law firm Greenberg Traurig, LLP hereby enters his Appearance on behalf of Stopantisemitism.org and Liora Reznichenko in the above-referenced matter.

Respectfully submitted,

Dated: July 17, 2024

GREENBERG TRAURIG, LLP

By: /s/ *Michael J. Grygiel*
    Michael J. Grygiel (NY 2291821)
    54 State Street, 6th Floor
    Albany, NY 12207
    (518) 689-1400
    grygielm@gtlaw.com

*Co-Counsel for Defendants,
Stopantisemitism.org and Liora Reznichenko*

700233188v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I electronically filed the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

Dated:  July 17, 2024

/s/ Michael J. Grygiel
Michael J. Grygiel (NY 2291821)

700233188v1