IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DRUSKINIS,

      Plaintiff,

vs.

STOPANTISEMITISM.ORG AND
LIORA REZNICHENKO,

      Defendants.

                               /

Case No. 2:23-cv-13046
Hon. Susan K. DeClercq

**JOINT STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE**

      Plaintiff and Defendants, by and through their undersigned counsel, submit this Joint Stipulation to extend Defendants' answer deadline to Plaintiff's First Amended Complaint (ECF No. 19) to December 27, 2024.

      1.    Plaintiff John Druskinis filed a Complaint in the above-captioned action on December 1, 2023, naming as Defendants StopAntisemtisim.org[1] and Liora Reznichenko. (ECF No. 1.)

      2.    Defendants filed a Motion to Dismiss Pursuant to 12(B)(2) and 12(B)(6) on March 5, 2024. (ECF No. 13.)

      3.    In lieu of responding to the Motion, Plaintiff filed as of right a First Amended Complaint on March 25, 2024. (ECF No. 19.)

---

[1] The proper name for StopAntisemitism.org is StopAntisemitism.

4. Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) on April 22, 2024. (ECF No. 23.)

5. Following full briefing and oral argument, the Court issued an Opinion and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 23) on December 4, 2024. (ECF No. 28.)

6. Following entry of the Opinion and Order, Defendants' answer and affirmative defenses to the First Amended Complaint are due on December 18, 2024.

7. The parties have conferred and agree that Defendants shall have a short extension to December 27, 2024 to file their answer and affirmative defenses.

8. Good cause exists for the requested extension due to the proximity of the deadline to the holidays and because the First Amended Complaint contains 98 paragraphs, exclusive of subparts.  Moreover, the requested extension will not otherwise impact the case schedule in any other way, as the parties intend to fully comply with the Court's Notice Directing Parties to Appear for Scheduling Conference and Establishing Discovery-Plan Deadline and related deadlines.  (See ECF No. 29.)

**IT IS SO STIPULATED and AGREED**.

| | |
|---|---|
| /s/ Brian D. Wassom (w/permission) | By: /s/ Andrew M. Pauwels |
| Brian D. Wassom (P50381) | Andrew M. Pauwels (P79167) |
| Warner Norcross + Judd LLP | Honigman LLP |
| 12900 Hall Road, Suite 200 | 2290 First National Building |
| Sterling Heights, MI 48313 | 660 Woodward Avenue |
| (586) 303-4100 | Detroit, MI 48226-3506 |
| bwassom@wnj.com | (313) 465-7290 |
| *Attorneys for Plaintiff* | apauwels@honigman.com |

Dated: December 13, 2024

Pursuant to the stipulation set-forth above and for good cause shown, Defendants shall have until December 27, 2024 to file their answer and affirmative defenses to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  12/18/2024                                                s/ Susan K. DeClercq
                                                                            Hon. Susan K. DeClercq
                                                                            United States District Judge

3

58541640.1