UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DRUSKINIS,<br>    Plaintiff, | Case No. 2:23-cv-13046<br>Hon. Susan K. DeClercq |

v

STOPANTISEMITISM.ORG and
LIORA REZNICHENKO,

    Defendants.

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the below stipulation as evidenced by the signature of the parties' respective counsel, and this Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that all claims and defenses in this case are dismissed with prejudice and without costs or attorneys' fees to any party.

**This is a final Order and closes the case.**

Dated: May 28, 205             /s/Susan K> DeClercq
                                                     SUSAN K. DeCLERCQ
                                                     United States District Judge

60583037.1

**STIPULATED AND AGREED:**

/s/Brian D. Wassom
Brian D. Wassom (P60381)
Charles C. Kadado (P86279)
WARNER NORCROSS + JUDD LLP
12900 Hall Road, Suite 200
Sterling Heights, MI 48313
bwassom@wnj.com
ckadado@wnj.com

Attorneys for Plaintiffs
Dated: May 28, 2025

/s/Andrew M. Pauwels (with consent)
Andrew M. Pauwels (P79167)
Jalen R. Farmer (P86859)
HONIGMAN LLP
660 Woodward Ave., Ste 2300
Detroit, MI 48226
APauwels@honigman.com
jfarmer@honigman.com

Michael J. Grygiel
GREENBERG TRAURIG, LLP
54 State Street, 6th Floor
Albany, NY 12207
(518) 689-1400
grygielm@gtlaw.com

Scott J. Bornstein
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
scott.bortein@gtlaw.com

Bradford D. Kaufman
GREENBERG TRAURIG, P.A.
777 South Flagler Drive
Suite 300 East
West Palm Beach, FL 33401
(561) 650-7900
kaufmanb@gtlaw.com

Zachary Needell
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
(954) 765-0500
Zachary.Needell@gtlaw.com

2

Sabrina R. Gallo
GREENBERG TRAURIG, LLP
333 S.E. 22nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
Sabrina.gallo@gtlaw.com

Attorneys for Defendants
Dated: May 28, 2025